# United States Bankruptcy Court
## Western District of Tennessee

In re **Monique Richardson**
Debtor(s)

Case No.
Chapter **13**

---

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Monique Richardson** | S.S.# **xxx-xx-5068** |
| | (W) | S.S.# |
| ADDRESS: | **5827 Hickory Nutt Lane** | |
| | **Memphis, TN 38141** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **206.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES** OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: 12-24-2015 | |
| PLACE OF EMPLOYMENT: | **Carrier** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( X ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **Tennessee Department of Labor & Workfor** | $ **70.00** |
| | **United States Treasury** | $ **39.00** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **SN Servicing Corporation** | Ongoing pmt. Begin February 1, 2016 | | | $ **306.00** |
| SN Servicing Corporation | Approx. arrearage **6,800.00** | Interest **0.00** % | | $ **114.00** |
| SECURED CREDITORS; | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | | | |
| **Title Max** | $ **2,800.00** | **5.25** % | | $ **86.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **75** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$13,670.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **LaShundra Lewis 029638**
**Lemeh & Associates, PLLC**
**5762 Rayben Circle**
**Memphis, TN 38115**